IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHARLES EVERETTE HINTON,            )
                                    )
            Plaintiff,              )
                                    )
      v.                            )     1:25CV619
                                    )
JOSHUA STEIN, et al.,               )
                                    )
            Defendants.             )

### ORDER

On July 22, 2025, the Order and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 4.)

Although the objections are not specific and fail to invoke this court's de novo review, the court has nevertheless carefully reviewed the portions of the Magistrate Judge's report and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed *sua sponte* without prejudice to Plaintiff filing a new action, on the § 1983 forms, which corrects the defects noted by the Magistrate Judge.

January 13, 2026

        /s/   Thomas D. Schroeder
        United States District Judge